UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Anthony J. Parker

Case No.: 17-14373
Chapter: 7
Judge: SLM

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on _____May 9, 2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  102 George Russell Way
Clifton, NJ  07013

Fair Market Value: $332,000

Liens on property:  Subject to a first mortgage held by Pacific Union Financial on which there is due approximately $401,259.

Amount of equity claimed as exempt:  None

Objections must be served on, and requests for additional information directed to:

Name:  Eric R. Perkins, Trustee
Address:  40 West Ridgewood Avenue, Ridgewood, New Jersey  07601
Telephone No.:  (201) 493-3734

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony J. Parker  
    Debtor

Case No. 17-14373-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Apr 06, 2017  
                 Form ID: pdf905     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.

```
db              +Anthony J. Parker,    1215 New York Avenue,    Union City, NJ 07087-5601
516684853       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516684854       +Attorney General,    United States Dept. of Justice,    Ben Franklin Station,    PO Box 683,
                  Washington, DC 20044-0683
516684855       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516684856       +Dsnb Bloom,    Po Box 8218,    Mason, OH 45040-8218
516684859       +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516684861       +Lesnevich, Marzano-Lesnevich & Trigg,    Court Plaza South, West Wing,
                  21 Main Street, Ste. 250,    Hackensack, NJ 07601-7086
516684862       +Loan Depot,    PO Box 503550,    San Diego, CA 92150-3550
516684863       +Nejla Parker,    102 George Russell Way,    Clifton, NJ 07013-2681
516684864       +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                  25 Market St., PO Box 112,    Trenton, NJ 08625-0112
516684866       +New York State Dept. of Tax & Finance,    Bankruptcy Section,    PO Box 5300,
                  Albany, NY 12205-0300
516684865      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: New Jersey Division of Taxation,
                  Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                  Trenton, NJ 08695)
516684857      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Elan Financial Service,    Po Box 108,    Saint Louis, MO 63166)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2017 22:59:15      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2017 22:59:11      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516684852       +E-mail/Text: ally@ebn.phinsolutions.com Apr 06 2017 22:58:27      Ally Financial,
                  200 Renaissance Ctr,    Detroit, MI 48243-1300
516684858        E-mail/Text: cio.bncmail@irs.gov Apr 06 2017 22:58:51      IRS,    PO Box 7346,
                  Philadelphia, PA 19101-7346
516684860       +E-mail/Text: bk@lendingclub.com Apr 06 2017 22:59:34      Lending Club Corp,    71 Stevenson,
                  San Francisco, CA 94105-2985
516684867       +E-mail/Text: bankruptcy@loanpacific.com Apr 06 2017 22:59:56      Pacific Union Financial,
                  1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:

       Brian C. Nicholas    on behalf of Creditor    PACIFIC UNION FINANCIAL, LLC  
         bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       David L. Stevens    on behalf of Debtor Anthony J. Parker dstevens@scuramealey.com,  
         cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 06, 2017
                              Form ID: pdf905          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Eric R. Perkins    eperkins@mdmc-law.com,  slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,  slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                              TOTAL: 5