**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony J. Parker<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1310<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–14373–SLM | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Anthony J. Parker

   6/9/17                                    **By the court:**   Stacey L. Meisel
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-14373-SLM
Anthony J. Parker                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin              Page 1 of 2        Date Rcvd: Jun 09, 2017
                            Form ID: 318             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
db             +Anthony J. Parker,    1215 New York Avenue,    Union City, NJ 07087-5601
516684854      +Attorney General,    United States Dept. of Justice,    Ben Franklin Station,    PO Box 683,
                 Washington, DC 20044-0683
516838634       First Associates Loan Servicing, LLC,    as agent for Loan Depot, LLC,    PO Box 503430,
                 San Diego, CA 92150-3430
516684859      +KML Law Group, PC,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516684861      +Lesnevich, Marzano-Lesnevich & Trigg,    Court Plaza South, West Wing,
                 21 Main Street, Ste. 250,    Hackensack, NJ 07601-7086
516684862      +Loan Depot,    PO Box 503550,    San Diego, CA 92150-3550
516684863      +Nejla Parker,    102 George Russell Way,    Clifton, NJ 07013-2681
516684864      +New Jersey Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market St., PO Box 112,    Trenton, NJ 08625-0112
516684866      +New York State Dept. of Tax & Finance,    Bankruptcy Section,    PO Box 5300,
                 Albany, NY 12205-0300
516684865      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2017 22:36:07      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2017 22:36:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516684852      +EDI: GMACFS.COM Jun 09 2017 22:23:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
516684853      +EDI: AMEREXPR.COM Jun 09 2017 22:23:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
516684855      +EDI: CHASE.COM Jun 09 2017 22:23:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516684856      +EDI: TSYS2.COM Jun 09 2017 22:23:00      Dsnb Bloom,    Po Box 8218,    Mason, OH 45040-8218
516684858       EDI: IRS.COM Jun 09 2017 22:23:00      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
516684860      +E-mail/Text: bk@lendingclub.com Jun 09 2017 22:36:39      Lending Club Corp,    71 Stevenson,
                 San Francisco, CA 94105-2985
516684867      +E-mail/Text: bankruptcy@loanpacific.com Jun 09 2017 22:37:06      Pacific Union Financial,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
516684857       EDI: USBANKARS.COM Jun 09 2017 22:23:00      Elan Financial Service,    Po Box 108,
                 Saint Louis, MO 63166
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 09, 2017
                              Form ID: 318             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    PACIFIC UNION FINANCIAL, LLC
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          David L. Stevens    on behalf of Debtor Anthony J. Parker dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Eric R. Perkins    eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com, slahr@mdmc-law.com,nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                 TOTAL: 5